**So Ordered.**

Dated: October 31st, 2019

Frank L. Kurtz
Bankruptcy Judge

JAMES P. HURLEY
HURLEY & LARA
Attorneys for Debtors
411 North 2nd Street
Yakima, WA 98901
509.248.4282 office
509.575.5661 fax
jamesphurley@hotmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re: ) NO. 19-01159-FLK12
)
STEPHEN A. CRABB and MARIA )
TRINIDAD-CRABB, ) FINDINGS OF FACT AND
) CONCLUSIONS OF LAW
Debtors. )
)

THIS MATTER having come on regularly for hearing before the Honorable Frank L. Kurtz, United States Bankruptcy Judge for the Eastern District of Washington, by telephone conference on October 25, 2019, the Debtors appearing by and through their attorney of record JAMES P. HURLEY of Hurley & Lara, the Chapter 12 Trustee FORD ELSAESSER appearing in person and by written report and other counsel appearing for various creditors as indicated in the Clerk's Minutes and the Court having considered the testimony of the Debtor, the exhibits and evidence in support of the Order Confirming the Debtors' Chapter 12 Plan, the Court now makes the following:

### FINDINGS OF FACT

1. The Plan complies with the provisions of Chapter 12 and with other applicable provisions

Findings of Fact and Conclusions of Law        -1-

HURLEY &LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA  98901
(509)248-4282

19-01159-WLH12    Doc 45    Filed 10/31/19    Entered 10/31/19 12:17:12    Pg 1 of 3

of Title 11, U.S. Code.

2. Any fee, charge or amount required under Chapter 12 of Title 28, U.S. Code, or by the Plan, to be paid before confirmation has been paid;

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. The value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtors were liquidated under Chapter 7, Title 11, U.S. Code, on such date.

5. The holder of each allowed secured claim has accepted the Plan;

6. Notice of Filing the Chapter 12 Plan and the time fixed for Objections was appropriate.

The Court having entered its Findings of Fact, now enters the following:

## CONCLUSIONS OF LAW

1. The Plan complies with the provision of Chapter 12 and other applicable provisions of Title 11, U.S. Code; and

2. The Court should confirm the Debtor's Chapter 12 Plan filed October 4, 2019 and identified as Chapter 12 Plan in this case.

//////END OF ORDER////

Findings of Fact and Conclusions of Law        -2-

HURLEY &LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

19-01159-WLH12    Doc 45    Filed 10/31/19    Entered 10/31/19 12:17:12    Pg 2 of 3

Presented by:

s/ James P. Hurley
JAMES P. HURLEY   WSBA #6615
Attorney for Debtors


Approved for Entry:

s/ Ford Elsaesser
FORD ELSAESSER
Chapter 12 Trustee


s/ Donald Boyd
DONALD BOYD     WSBA # 17376
Attorney for Heritage Bank

Findings of Fact and Conclusions of Law                -3-

HURLEY &LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA  98901
(509)248-4282

19-01159-WLH12    Doc 45    Filed 10/31/19    Entered 10/31/19 12:17:12    Pg 3 of 3